James J. McGurk, appellee, v. Carlos Ames et al., appellants. Gen. No. 35,180.

Opinion filed December 29, 1931.

Samuel A. Ettelson, Corporation Counsel, and Francis J. Vurpillat, Special Assistant Corporation Counsel, for appellants. Daniel F. Murphy, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

John O'Connor, appellee, v. Carlos Ames et al., appellants. Gen. No. 35,181.

Opinion filed December 29, 1931.

Samuel A. Ettelson, Corporation Counsel, and Francis J. Vurpillat, Special Assistant Corporation Counsel, for appellants. Daniel F. Murphy, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Olive Kastle, appellee, v. Joseph E. Heckel et al., defendants. Joseph E. Heckel, appellant. Gen. No. 35,239.

Opinion filed December 29, 1931.

Litsinger, Healy & Reid, for appellant; James A. O'Callaghan, of counsel. Henry Mitgang and McKenna & Harris, for appellee; James J. McKenna, Henry Mitgang and Abraham W. Brussell, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Beatrice Lefkovitz, appellee, v. E. T. McCormick, appellant. Gen. No. 35,261.

Opinion filed December 29, 1931.

Juul & Both, for appellant; George G. Both, of counsel. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.